# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Miscellaneous Case No. 1: 12-mc-35-SM

Garrick Asselin, Single Member,
All Court Unlimited, LLC

## O R D E R

I herewith approve the [6] Amended Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 22, 2012.   Mr. Asselin has expressly agreed to waive his right to object to the Report and Recommendation.

It is ordered that the taxpayer, Garrick Asselin, obey the summons and appear on December 3, 2012, at 9:00 a.m., at the IRS office located at 80 Daniel Street, Portsmouth, New Hampshire, before Revenue Officer Andrea L. Mahoney (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of February 9, 2012.

      SO ORDERED.


Date:   October 22, 2012                /s/ Steven J. McAuliffe
                                            Steven J. McAuliffe
                                            United States District Judge


cc:    T. David Plourde, Esq.
        Garrick Asselin, pro se